IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | |
| | : | No. 3:21-CR-5-CAR |
| JERMAINE MATHIS, | : | |
| | : | |
| Defendant. | : | |
| | : | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Before the Court is the Government's Motion to Dismiss the above-styled Indictment against Defendant Jermaine Mathis pursuant to Federal Rule of Criminal Procedure 48(a). On February 10, 2021, Defendant was indicted in a one-count indictment and entered a guilty plea on June 6, 2022. On October 4, 2022, prior to be sentenced, Defendant was involved in a car accident and passed away from the injuries he sustained.

The Court finds good cause to grant the Government's request. Accordingly, the Court **GRANTS** the Government's Motion to Dismiss [Doc. 31] and hereby **ORDERS** the pending Indictment in Case No. 3:21-CR-5-CAR against Defendant Jermaine Mathis to be **DISMISSED**.

**SO ORDERED,** this 23rd day of November, 2022.

S/ C. Ashley Royal_____
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT